U.S. Department of Justice

United States Attorney
Northern District of Georgia

FILED IN CHAMBERS
U.S.D.C. Atlanta

## United States District Court
NORTHERN DISTRICT OF GEORGIA
Atlanta Division

JUL 1 2 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

United States

v.

CHRISTOPHER DIXON
a/k/a Yardman

No. 1:10-CR-521

**Agent to Arrest**

___ (Second Superseding)

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter in the above-stated case.

JEFFREY W. DAVIS
Assistant United States Attorney

Filed In Clerk's Office, this _____

of _____, 20_____

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHALL
7/13/11
BY: _____
DEPUTY CLERK

Form No USA-19-8
(Rev 08/06/87)
N D Ga 08/26/94